IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHY A. NOBLES | § | |
| Plaintiff, | § | |
| v. | § | |
| PHILADELPHIA LIFE INSURANCE COMPANY | § | CIVIL ACTION NO. H-97-4044 |
| Defendant, | § | |
| and | § | A JURY REQUESTED |
| PHILADELPHIA LIFE INSURANCE COMPANY | § | |
| Plaintiff, | § | |
| v. | § | |
| KATHY A. NOBLES, JAMES W. NOBLES AND JANICE NOBLES TERRY | § | |
| Defendants. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 20 1998

MICHAEL N. MILBY

## AGREED ORDER

On this 20th day of July, 1998, the Court heard the Agreed Motion of plaintiff, KATHY A. NOBLES, and defendants, JAMES W. NOBLES and JANICE NOBLES TERRY to release the funds which were deposited by Philadelphia Life Insurance Company with the Clerk of the Court. After consideration of the motion, the Court holds that the motion is well founded and should be granted.

27

It is THEREFORE ORDERED that the funds in the amount of $78,952.39, which were deposited by Philadelphia Life Insurance Company with the Clerk of the Court on December 12, 1997, are released from the registry of the Court and the Clerk is ordered to remit payment to the parties in the amounts designated below:

Kathy A. Nobles:     $30,000.00

James W. Nobles and
Janice Nobles Terry:     the remaining balance, plus accrued interest

All relief requested not specifically granted is denied.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

MESSOCK & WALTON                           VINSON & ELKINS, L.L.P.

By: _____        By: _____
    Jeffrey I. Messock                         Clayton R. Gollnick
    TSB No. 13974500                           TSB No. 00798210
    16360 Park Ten Place                       2300 First City Tower
    Suite 320                                  1001 Fannin Street
    Houston, Texas 77084                       Houston, Texas 77002-6720
    (281) 579-1784                             (713) 758-2979
    (281) 579-1785 Fax                         (713) 615-5802 Fax

ATTORNEYS FOR PLAINTIFF,                   ATTORNEYS FOR DEFENDANTS,
KATHY A. NOBLES                            JAMES W. NOBLES AND
                                           JANICE NOBLES TERRY

\\cc\\v628-0457.aa1



2